■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICOLE ARCHER, Appellant. [849 NYS2d 188]—Appeal by the defendant, as limited by her motion, from two sentences of the Supreme Court, Queens County (Kron, J.), both imposed March 28, 2006, on the ground that the sentences are excessive.

Ordered that the sentences are affirmed. No opinion. Prudenti, P.J., Crane, Fisher, Santucci and Carni, JJ., concur.